## 2022 CV 0565 BERENT, MARK E VS. IMPEX INC et al MAB

- Case Type:
- CIVIL
- Case Status:
- Open
- File Date:
- 10/03/2022
- DCM Track:
- 
- Action:
- PRODUCT LIABILITY
- Status Date:
- 10/03/2022
- Case Judge:
- BUCKWALTER, MICHAEL A
- Next Event:

All Information | Party | Docket | Financial | Financial Dockets | Disposition

### Docket Information

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| 10/03/2022 | COMPLAINT FILED | COMPLAINT FOR MONEY FILED; R CRAIG MCLAUGHLIN (Attorney) on behalf of MARK E BERENT (Plaintiff) Receipt: 384408 Date: 10/03/2022 | $74.00 |
| 10/03/2022 | CIVIL CASE INFORMATION SHEET FILED | CIVIL CASE INFORMATION SHEET FILED - PRAYER AMOUNT - SEE COMPLAINT R CRAIG MCLAUGHLIN (Attorney) on behalf of MARK E BERENT (Plaintiff) | |
| 10/03/2022 | COSTS FOR CIVIL MEDIATION PROJECT | COSTS FOR CIVIL MEDIATION PROJECT Receipt: 384408 Date: 10/03/2022 | $35.00 |
| 10/03/2022 | SPECIAL PROJECTS FUND ASSESSED AS COST FILED | SPECIAL PROJECTS FUND ASSESSED AS COST FILED Receipt: 384408 Date: 10/03/2022 | $80.00 |
| 10/03/2022 | INSTRUCTIONS FOR SERVICE FILED; | INSTRUCTIONS FOR SERVICE FILED; IMPEX INC - CERTIFIED MAIL R CRAIG MCLAUGHLIN (Attorney) on behalf of MARK E BERENT (Plaintiff) | |
| 10/03/2022 | INSTRUCTIONS FOR SERVICE FILED; | INSTRUCTIONS FOR SERVICE FILED; CHI HSIN IMPEX INC - CERTIFIED MAIL R CRAIG MCLAUGHLIN (Attorney) on behalf of MARK E BERENT (Plaintiff) | |
| 10/03/2022 | SUMMONS FEE | SUMMONS FEE | $6.00 |
| 10/03/2022 | CHARGE FOR CERTIFIED MAIL | Issue Date: 10/03/2022 Service: CV Summons on Complaint Method: 1 Certified Mail Cost Per: $10.00<br><br>IMPEX INC 2801 S TOWNE AVE POMONA, CA 91766 Tracking No: 9590926699042189139159<br><br>CHI HSIN IMPEX INC C/O RICHARD JUI CHI CHUNG AGENT 2801 S TOWNE AVE POMONA, CA 91766 Tracking No: 9590926699042189139166 | $20.00 |

**EXHIBIT A**

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| 10/12/2022 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method : 1 Certified Mail<br>Issued : 10/03/2022<br>Service : CV Summons on Complaint<br>Served : 10/07/2022<br>Return : 10/12/2022<br>On : CHI HSIN IMPEX INC<br>Signed By : (SIGNATURE ILLEGIBLE)<br><br>Reason : Successful<br>Comment :<br><br>Tracking # : 9590926699042189139166 | |

# IN THE COURT OF COMMON PLEAS OF GREENE COUNTY, OHIO
## SUMMONS

MARK E BERENT
                Plaintiff,
vs.

Case No. 2022 CV 0565

Summons on Complaint

IMPEX INC et al
                Defendant.

To the following named defendant:
IMPEX INC
2801 S TOWNE AVE
POMONA, CA 91766

      You are hereby summoned that a complaint (a copy of which is hereto attached and made a part hereof) has been filed against you in this court by the Plaintiff(s) named herein.

      You are required to serve upon the Plaintiff's attorney, or upon the Plaintiff, if he has no attorney of record, a copy of your answer to the complaint within twenty-eight (28) days after service of this summons upon you, exclusive of the day of service. Said answer must be filed with this court within three days after service on Plaintiff's Attorney.

      The name and address of the Plaintiff's Attorney is as follows:
      R CRAIG MCLAUGHLIN
      6105 PARKLAND BOULEVARD
      MAYFIELD HTS OH 44124
      Work Phone (440)442-6677 Fax (440)442-7944

      If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

A. J. Williams, Clerk
Greene County Common Pleas Court
45 N. Detroit St.
Xenia, OH 45385

_[signature]_
Deputy Clerk

Dated: October 3, 2022
9590926699042189139159

FILED
2022 OCT -3 AM 9:54

A.J. WILLIAMS
COMMON PLEAS COURT
GREENE COUNTY, OHIO

IN THE COURT OF COMMON PLEAS
GREENE COUNTY, OHIO

| | |
|---|---|
| MARK E. BERENT<br>2695 Diamond Cut Dr., #2<br>Beavercreek, OH 45431<br><br>Plaintiff,<br><br>vs.<br><br>IMPEX INC.<br>2801 S. Towne Avenue<br>Pomona, CA 91766<br><br>and<br><br>CHI HSIN IMPEX, INC.<br>c/o Richard Jui Chi Chung, Agent<br>2801 S. Towne Ave.<br>Pomona, CA 91766<br><br>and<br><br>JOHN DOE CORP. #1<br>Name and Address Unknown to Plaintiffs<br><br>Defendants. | CASE NO. 2022CV0565<br><br>JUDGE **JUDGE BUCKWALTER**<br><br>**COMPLAINT FOR MONEY**<br><br>**JURY DEMAND** |

Plaintiff Mark Berent, by and through his counsel, hereby states his cause of action against the Defendants as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. Plaintiff Mark E. Berent is a resident of Ohio.

2. At all times relevant herein, Defendant Impex Inc. and Defendant Chi Hsin Impex, Inc. are business entities, organized under the laws of California, that manufacture and/or make

1

and/or sell fitness equipment and sells these items to Ohio customers and/or otherwise transacts business in the State of Ohio.

3. Defendant John Doe Corporation #1 is a business entity whose name Plaintiff does not know and has been unable to presently ascertain but is an entity who manufactures and/or sells fitness equipment to Ohio customers, including the Marcy Home Gym fitness equipment involved in this incident, and/or otherwise transacts business in the State of Ohio.

4. Defendant John Doe Corporation #1, presently unnamed, will in no way be prejudiced in the maintenance of its defense on the merits because of its constructive notice or actual notice of the institution of this case. Except for the inability of Plaintiff to discover the name of Defendant John Doe Corporation #1, this action would be brought against it in its proper, true, and exact name and capacity, and said information will be provided by Plaintiff when such information becomes fully known to Plaintiff.

5. Jurisdiction is proper in this Court because Plaintiff Mark Berent is a resident of Ohio and Defendant Impex Inc. and/or Defendant Chi Hsin Impex, Inc. and/or Defendant John Doe Corporation #1 acted in a manner that establishes personal jurisdiction over them pursuant to R.C. § 2307.382.

6. Venue is proper in Greene County because the incident that led to the serious injuries suffered by Plaintiff Mark E. Berent took place in Greene County.

### FACTS COMMON TO ALL CAUSES OF ACTION

7. Plaintiff repeats every allegation contained in the preceding paragraphs and incorporates the same herein as though fully set forth.

2

8. At all times relevant herein, Defendant Impex Inc. and/or Defendant Chi Hsin Impex, Inc. and/or Defendant John Doe Corporation #1 (hereinafter collectively referred to as "Defendant Impex") was a corporation that manufactured, marketed, and sold fitness equipment to customers around the country, including to customers in the State of Ohio.

9. Defendant Impex designed and manufactured the fitness equipment that was located at the senior apartment complex where Plaintiff Mark Berent lived at the time of the incident.

10. Defendant Impex designed and manufactured the Marcy Home Gym – MWM-990, the equipment involved in this incident.

11. On October 8, 2020, Plaintiff Mark E. Berent was using the Marcy Home Gym Model MWM-990 at his apartment complex located at 2475 Lillian Lane; Beavercreek, Green County, Ohio.

12. As Plaintiff Mark E. Berent was using the Marcy Home Gym Model MWM-990, the machine malfunctioned, causing him to lose his balance, fall and land on the hard ground below.

13. Plaintiff Mark E. Berent suffered a fractured right hip; multiple fractured bones; and other serious injuries from his fall due to the Marcy Home Gym fitness equipment malfunctioning.

14. The fitness equipment was improperly designed and/or manufactured which made it unsafe and dangerous to use.

## COUNT I – PRODUCTS LIABILITY CLAIMS

15. Plaintiff repeats every allegation contained in the preceding paragraphs and incorporates the same herein as though fully set forth.

3

16. Defendant Impex, at all times relevant herein, was the manufacturer of the fitness equipment Plaintiff Mark E. Berent was using at the time he was injured, and Defendant Impex was a "Manufacturer" as defined by R.C. § 2307.71.

17. Defendant Impex defectively manufactured or constructed the product which is the subject of this lawsuit pursuant to R.C. § 2307.74.

18. In addition to or in the alternative, Defendant Impex defectively designed the product which is the subject of this lawsuit pursuant to R.C. § 2307.75.

19. In addition to or in the alternative, the product which is the subject of this lawsuit was defective pursuant to R.C. § 2307.77 in that it did not conform to representations made about the product when it left the control of Defendant Impex.

20. As a direct and proximate result of the tortious conduct of Defendant Impex described above, Plaintiff Mark E. Berent suffered serious permanent injuries, including a fractured right hip; multiple fractures; and sprains; incurred past and future economic damages (medical bills, lost income, etc.); suffered past and future non-economic damages (pain and suffering, mental anguish, loss of ability to perform his usual activities, etc.) and suffered other losses and damages, both in the past and into the future.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, for compensatory damages in an amount more than $25,000, court costs, attorney fees, and any other relief to which he is entitled.

Respectfully submitted,

_____
R. Craig McLaughlin (0068765)
Elk & Elk Co., Ltd.
6105 Parkland Blvd., Suite 200
Mayfield Heights, OH  44124
Phone: (440) 442-6677
Fax: (440) 442-7944
Email: rmclaughlin@elkandelk.com
*Attorney for Plaintiff*

**JURY DEMAND**

Plaintiff hereby demands a trial by jury in the within action.

_____
R. Craig McLaughlin (0068765)

5